

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Donna Zamarron,

Vs. No. 11-17-00191-CR

The State of Texas,

\* From the 244th District Court
of Ector County,
Trial Court No. C-40,352.

\* December 14, 2017

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.